UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BURKE COMPANY, LLC, a California Limited Liability Company; RODELYN GARGANTILLA RAFFS; DEOK NAM KIM; JAE JUNG KIM; ISABEL U. RODRIGUEZ; MOSES ELIMAR RODRIGUEZ; and DOES 1-10,<br><br>    Defendants. | No. 2:16-CV-02881 KJM AC<br><br>ORDER |

All but one defendant has been terminated from this case. *See* ECF Nos. 44, 50. The Clerk entered default against the sole remaining defendant, Rodelyn Gargantilla Raffs, over a year ago, ECF No. 20 (Mar. 8, 2017), yet plaintiff has since taken no action regarding this defendant. To keep this case moving, the court issued a minute order on September 25, 2017, directing plaintiff to file a declaration as to the status of defendant Raffs or a motion for default judgment against defendant Raffs by October 6, 2017, and warning that failure to heed this instruction may result in sanctions. ECF No. 46. Plaintiff did neither.

////

////

1

The court therefore ORDERS plaintiff to SHOW CAUSE within fourteen (14) days (1) why this court should not sanction plaintiff $250.00 for failing to heed the court's instruction; and/or (2) why the court should not dismiss this case against defendant Raffs for failure to prosecute.

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE